Jose Moreno Jr

# Profit and Loss

## T6 Electrical Contractor

Date Range: Feb 01, 2024 to Feb 29, 2024

| ACOUNTS | Feb 01, 2024 to Feb 29, 2024 |
|---|---|
| **Income** | |
| Sales | $2,069.00 |
| **Total Income** | **$2,069.00** |
| | |
| **Cost of Goods Sold** | |
| Other Job Related Costs | $68.67 |
| Purchases – Parts & Materials | $751.28 |
| **Total Cost of Goods Sold** | **$819.95** |
| | |
| **Gross Profit** | **$1,249.05** |
| As a percentage of Total Income | 60.37% |
| | |
| **Operating Expenses** | |
| Bank Service Charges | $10.00 |
| Business Insurance | $25.74 |
| Business Licenses & Permits | $30.00 |
| Computer – Hosting | $31.49 |
| Computer – Software | $38.23 |
| Insurance – Vehicles | $805.69 |
| Telephone – Wireless | $285.16 |
| Uncategorized Expense | $516.73 |
| Utilities | $252.32 |

**Operating Expenses**

| | |
|---|---|
| Vehicle – Fuel | $119.01 |
| Vehicle – Repairs & Maintenance | $39.99 |
| **Total Operating Expenses** | **$2,154.36** |

**Net Profit** **-$905.31**
As a percentage of Total Income -43.76%

# Profit and Loss

## T6 Electrical Contractor

Date Range: Jan 01, 2024 to Jan 31, 2024

| ACCOUNTS | Jan 01, 2024 to Jan 31, 2024 |
|---|---:|
| **Total Income** | **$0.00** |
| | |
| **Cost of Goods Sold** | |
| Purchases – Parts & Materials | $727.68 |
| **Total Cost of Goods Sold** | **$727.68** |
| | |
| **Gross Profit** | **-$727.68** |
| As a percentage of Total Income | 0.00% |
| | |
| **Operating Expenses** | |
| Bank Service Charges | $115.00 |
| Business Insurance | $25.74 |
| Computer – Hosting | $31.49 |
| Computer – Software | $38.23 |
| Insurance – Vehicles | $261.09 |
| Telephone – Wireless | $285.37 |
| Utilities | $282.82 |
| Vehicle – Fuel | $254.02 |
| Vehicle – Repairs & Maintenance | $49.37 |
| **Total Operating Expenses** | **$1,343.13** |

| | |
|---|---|
| **Net Profit** | **-$2,070.81** |
| As a percentage of Total Income | 0.00% |

# Profit and Loss

## T6 Electrical Contractor

Date Range: Dec 01, 2023 to Dec 31, 2023

| ACCOUNTS | Dec 01, 2023 to Dec 31, 2023 |
|---|---:|
| **Income** | |
| Sales | $9,888.00 |
| **Total Income** | **$9,888.00** |
| | |
| **Cost of Goods Sold** | |
| Purchases – Parts & Materials | $1,190.47 |
| Subcontractors' Expense | $330.00 |
| **Total Cost of Goods Sold** | **$1,520.47** |
| | |
| **Gross Profit** | **$8,367.53** |
| As a percentage of Total Income | **84.62%** |
| | |
| **Operating Expenses** | |
| Bank Service Charges | -$25.00 |
| Business Insurance | $25.00 |
| Computer – Hosting | $31.49 |
| Computer – Internet | $60.49 |
| Computer – Software | $38.23 |
| Insurance – Vehicles | $261.09 |
| Repairs & Maintenance | $175.00 |
| Telephone – Wireless | $284.68 |
| Utilities | $249.94 |

## Operating Expenses

| | |
|---|---:|
| Vehicle - Other Expenses | $81.32 |
| Vehicle - Payment | $1,066.78 |
| Vehicle - Toll Tag | $80.00 |
| Vehicle – Fuel | $127.68 |
| Vehicle – Repairs & Maintenance | $34.64 |
| **Total Operating Expenses** | **$2,491.34** |

| | |
|---|---:|
| **Net Profit** | **$5,876.19** |
| As a percentage of Total Income | 59.43% |

# Profit and Loss

## T6 Electrical Contractor

Date Range: Nov 01, 2023 to Nov 30, 2023

| ACCOUNTS | Nov 01, 2023 to Nov 30, 2023 |
|---|---:|
| **Income** | |
| Sales | $6,236.79 |
| **Total Income** | **$6,236.79** |
| | |
| **Cost of Goods Sold** | |
| Other Job Related Costs | $345.22 |
| Purchases – Parts & Materials | $741.70 |
| Subcontractors' Expense | $1,100.00 |
| **Total Cost of Goods Sold** | **$2,186.92** |
| | |
| **Gross Profit** | **$4,049.87** |
| As a percentage of Total Income | 64.94% |
| | |
| **Operating Expenses** | |
| Bank Service Charges | $10.00 |
| Business Insurance | $60.00 |
| Computer – Hosting | $28.34 |
| Computer – Internet | $60.49 |
| Computer – Software | $50.23 |
| Insurance – Vehicles | $261.09 |
| Meals | $72.35 |
| Permits for Jobs | $113.02 |

**Operating Expenses**

| | |
|---|---|
| Small Tools & Equipment | $116.87 |
| Telephone – Wireless | $284.63 |
| Utilities | $401.53 |
| Vehicle - Payment | $1,417.90 |
| Vehicle – Fuel | $647.39 |
| Vehicle – Repairs & Maintenance | $93.99 |
| **Total Operating Expenses** | **$3,617.83** |

| | |
|---|---|
| **Net Profit** | **$432.04** |
| As a percentage of Total Income | 6.93% |

# Profit and Loss

## T6 Electrical Contractor

Date Range: Oct 01, 2023 to Oct 31, 2023

| ACCOUNTS | Oct 01, 2023 to Oct 31, 2023 |
|---|---:|
| **Income** | |
| Job Income | $3,550.00 |
| Sales | $756.37 |
| **Total Income** | **$4,306.37** |
| | |
| **Cost of Goods Sold** | |
| Purchases – Parts & Materials | $3,115.39 |
| Subcontractors' Expense | $3,402.00 |
| **Total Cost of Goods Sold** | **$6,517.39** |
| | |
| **Gross Profit** | **-$2,211.02** |
| As a percentage of Total Income | -51.34% |
| | |
| **Operating Expenses** | |
| Business Insurance | $25.00 |
| Computer – Hosting | $28.34 |
| Computer – Software | $38.23 |
| Insurance – Vehicles | $261.08 |
| Meals | $11.99 |
| Permits for Jobs | $36.54 |
| Repairs & Maintenance | $39.99 |
| Small Tools & Equipment | $40.45 |

## Operating Expenses

| | |
|---|---|
| Telephone – Wireless | $361.90 |
| Utilities | $87.52 |
| Vehicle - Payment | $1,417.90 |
| Vehicle - Toll Tag | $80.00 |
| Vehicle – Fuel | $970.38 |
| Vehicle – Repairs & Maintenance | $47.60 |
| **Total Operating Expenses** | **$3,446.92** |

| | |
|---|---|
| **Net Profit** | **-$5,657.94** |
| As a percentage of Total Income | -131.39% |

# Profit and Loss

## T6 Electrical Contractor

Date Range: Sep 01, 2023 to Sep 30, 2023

| ACCOUNTS | Sep 01, 2023 to Sep 30, 2023 |
|---|---:|
| **Income** | |
| Job Income | $3,300.00 |
| Sales | $4,195.00 |
| **Total Income** | **$7,495.00** |
| | |
| **Cost of Goods Sold** | |
| Purchases – Parts & Materials | $2,386.43 |
| Subcontractors' Expense | $1,600.00 |
| **Total Cost of Goods Sold** | **$3,986.43** |
| | |
| **Gross Profit** | **$3,508.57** |
| As a percentage of Total Income | **46.81%** |
| | |
| **Operating Expenses** | |
| Bank Service Charges | $10.00 |
| Business Insurance | $318.23 |
| Business Licenses & Permits | $185.00 |
| Computer – Hosting | $28.34 |
| Computer – Software | $38.23 |
| Insurance – Vehicles | $261.08 |
| Meals | $36.00 |
| Merchant Account Fees | $25.85 |

## Operating Expenses

| | |
|---|---|
| PO Box | $113.00 |
| Repairs & Maintenance | $6.27 |
| Small Tools & Equipment | $373.97 |
| Telephone – Wireless | $305.30 |
| Utilities | $365.13 |
| Vehicle - Payment | $2,015.24 |
| Vehicle – Fuel | $1,004.72 |
| Vehicle – Repairs & Maintenance | $519.78 |
| **Total Operating Expenses** | **$5,606.14** |

| | |
|---|---|
| **Net Profit** | **-$2,097.57** |
| As a percentage of Total Income | -27.99% |

# Profit and Loss

## T6 Electrical Contractor

Date Range: Aug 01, 2023 to Aug 31, 2023

| ACCOUNTS | Aug 01, 2023 to Aug 31, 2023 |
|---|---|
| **Income** | |
| Job Income | $5,373.33 |
| Sales | $5,413.61 |
| **Total Income** | **$10,786.94** |
| | |
| **Cost of Goods Sold** | |
| Purchases – Parts & Materials | $1,679.32 |
| Subcontractors' Expense | $500.00 |
| **Total Cost of Goods Sold** | **$2,179.32** |
| | |
| **Gross Profit** | **$8,607.62** |
| As a percentage of Total Income | 79.80% |
| | |
| **Operating Expenses** | |
| Bank Service Charges | $45.00 |
| Business Insurance | $25.00 |
| Business Licenses & Permits | $45.00 |
| Computer – Hosting | $66.57 |
| Insurance – Vehicles | $261.08 |
| Meals | $35.02 |
| Permits for Jobs | $125.00 |
| Repairs & Maintenance | $7.50 |

**Operating Expenses**

| | |
|---|---|
| Small Tools & Equipment | $190.40 |
| Telephone – Wireless | $660.78 |
| Utilities | $325.00 |
| Vehicle - Payment | $1,352.91 |
| Vehicle – Fuel | $720.11 |
| Vehicle – Repairs & Maintenance | $55.13 |
| **Total Operating Expenses** | **$3,914.50** |

| | |
|---|---|
| **Net Profit** | **$4,693.12** |
| As a percentage of Total Income | **43.51%** |