Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**IN RE:**                                                            **CASE NO:  24-30497-MVL-13**
**JOSE THEODORE MORENO JR**
       **DEBTOR**

## NOTICE OF WITHDRAWAL OF TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL

TO THE HONORABLE MICHELLE V. LARSON, BANKRUPTCY JUDGE:

COMES NOW, Thomas D. Powers , Standing Chapter 13 Trustee, to file this Notice of Withdrawal and would respectfully show the following:

The Trustee had filed a Trustee's 17 Day Notice of Intent to Certify Chapter 13 Case for Dismissal.

The matter was set for hearing and a pre-hearing conference as noted above.  At the pre-hearing conference the Trustee's attorney announced that he wished to withdraw the Trustee's 17 Day Notice of Intent to Certify Chapter 13 Case for Dismissal.


Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700